IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARY LEEPER,** individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. |
| Plaintiffs, | ) ) | CLASS ACTION |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| **LIGHTHOUSE INSURANCE GROUP, LLC**, a Florida limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR PRO HAC VICE ADMISSION OF PATRICK H. PELUSO**

Pursuant to Local Rule 83.5(h), the undersigned counsel, William McAllum Harrelson, II, hereby moves the Court to enter an Order granting leave to Patrick H. Peluso to appear *pro hac vice* on behalf of Plaintiff Cary Leeper ("Plaintiff") and the alleged class in the above-captioned matter. In support of this Motion, the undersigned states as follows:

1. Patrick H. Peluso is admitted to the bar of the State of Colorado. He was admitted on November 3, 2014, bar registration number #47642. A certificate of good standing is attached to this motion as Exhibit A.

2. Mr. Peluso has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and he has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. Mr. Peluso represents that he has reviewed and is familiar with the Local Rules of this Court.

                                                                     Respectfully submitted,

Dated: February 18, 2021                    By: /s/ William McAllum Harrelson, II
                                                                       One of Plaintiff's Attorneys

                                                                   William McAllum Harrelson, II
                                                                   HARRELSON & HARRELSON LLP
                                                                   9 West Water Street
                                                                   Troy, Ohio 45373
                                                                   Telephone: (937) 552-9400
                                                                   Facsimile: (937) 552-9361
                                                                   Email: Will@HarrelsonLLP.com

                                                                   Patrick H. Peluso*
                                                                   Woodrow & Peluso, LLC
                                                                   3900 E. Mexico Avenue, Suite 300
                                                                   Denver, CO 80210
                                                                   Phone: (720) 213-0676
                                                                   Fax: (303) 927-0809
                                                                   Email: ppeluso@woodrowpeluso.com

                                                                   *Seeking *pro hac vice* admission