EXHIBIT A.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| **CARY LEEPER**, individually, and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:20-cv-02821-PAB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **LIGHTHOUSE INSURANCE GROUP, LLC**, a Florida company, | ) ) ) | Hon. Pamela A. Barker |
| Defendant. | ) ) | |

**AFFIDAVIT OF PATRICK H. PELUSO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

I, Patrick H. Peluso, on oath declare as follows:

1. I am over the eighteen years of age and have personal knowledge of the facts set forth herein.

2. I submit the following information as required by Local Rule 83.5(h):

   Name: Patrick H. Peluso
   Address: 3900 E. Mexico Ave., Suite 300, Denver, CO 80210
   Telephone Number: 720-213-0676
   Facsimile Number: 303-927-0809
   Email: ppeluso@woodrowpeluso.com

3. I affirm that I am a member in good standing of the bar of the State of Colorado (Bar No. 47642).

4. I affirm that I am admitted to practice before the following courts: U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the District of Colorado, U.S. District Court for the Western District of Wisconsin, U.S.

District Court for the District of New Mexico, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Southern District of Illinois, and U.S. District Court for the Eastern District of Wisconsin.

5. I am a member in good standing in each Court that I am admitted.

6. No disciplinary proceedings have been filed or are pending against me, and I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State of the United States.

7. I have never received any reprimand from any such court, department, bureau, or commission pertaining to my conduct or fitness as a member of any bar.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado on February 3, 2021.

Respectfully,

/s/ Patrick H. Peluso
Patrick H. Peluso, Esq.