**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **Cary Leeper,** <br> **On behalf of herself and** <br> **All others similarly situated,** | **Case No. 1:20cv2821** |
|               **Plaintiff,** <br>    -vs- | **JUDGE PAMELA A. BARKER** |
| **Lighthouse Ins. Group, LLC,** | **CASE MANAGEMENT CONFERENCE ORDER** |
|              **Defendant.** | |

A Case Management Conference ("CMC") was held in this matter **on March 30, 2021.** The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. This case is assigned to the **complex** track.

2. This case was referred to Alternative Dispute Resolution ("ADR"):

   Yes_____   No _____   Decision delayed __X_____

3. The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) at this time.

4. The **pleadings shall be amended without leave of Court and new parties shall be joined on or before June 30, 2021.**

5. The parties **will exchange the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) by April 9, 2021.**

6. As to Electronically Stored Information, the parties have agreed to follow the default standard for discovery of electronically stored information (Appendix K to Northern District of Ohio Local Rules).

7. **Schedule for Fact and Expert Discovery**. Discovery shall proceed with respect to both class and merits issues for a period of ten (10) months, until **January 28, 2022**. The first eight (8) months, through **November 30, 2021**, will be devoted to written and oral fact discovery. The final two (2) months (i.e., **December 1, 2021 through January 28, 2022**) will be devoted to expert discovery.

8. **All expert discovery shall be completed by January 28, 2022.** The party initially seeking to introduce expert testimony shall exchange his or her Expert Report on or before **November 30, 2021**. Responsive Expert Reports shall be exchanged on or before **December 30, 2021**.

9. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to this track. The Court directs the parties to comply with Local Rule 37.1 before filing any motions seeking aid from the Court in discovery matters.

10. **Plaintiff's Motion for Class Certification shall be filed on or before February 28, 2022.** Defendant's Brief in Opposition must be filed within thirty (30) days of the service of the Motion for Class Certification. Replies must be filed within fourteen (14) days of the service of the Brief in Opposition. No sur-reply brief may be filed without leave of Court. No request for an extension of time will be entertained unless it is filed prior to the response date from which extension is sought and it indicates whether opposing counsel consents or objects to the requested extension.

11. Following a ruling on class certification, the Court will establish a case management schedule for the remainder of the case, including dates for summary judgment briefing, pre-trial conferences, and trial.

12. **A telephonic status conference with lead counsel is set for September 8, 2021 at 1:30 p.m**. Counsel shall confer within five (5) business days of the scheduled conference to discuss outstanding issues and respective positions as to settlement. Counsel shall provide to the Court within three (3)

business days of the conference, a joint Status Report or confidential individual Status Reports describing the status of discovery, settlement positions, and issues to be addressed. The Status Reports need not be filed, but may be delivered via email to Barker_Chambers@ohnd.uscourts.gov

    **IT IS SO ORDERED**.

Date: March 30, 2021

     s/Pamela A. Barker
    PAMELA A. BARKER
    U. S. DISTRICT JUDGE